LORETTO H. WALSH, Respondent, *v.* RICHARD S. WALSH, Appellant.

*Husband and wife — separation — cruel and inhuman conduct.*

*Walsh* v. *Walsh*, 200 App. Div. 845, affirmed.

(Argued October 24, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action, wife against husband, for a separation upon the ground of cruel and inhuman conduct.

*Bruce R. Duncan* for appellant.

*Dominic B. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO and McLAUGHLIN, JJ. Dissenting: POUND, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH ZAMPELLI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 26, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Supreme Court, rendered April 25, 1921, at a Trial Term for the county of Queens, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*William J. Morris, Jr., District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ.; HOGAN, J., concurs under section 542 of the Code of Criminal Procedure.